# The Law Office of Delmas A. Costin, Jr.
930 Grand Concourse, Suite 1F
Bronx, NY 10451

dacostin@dacostinlaw.com  Tel: (718) 618-0589
www.dacostinlaw.com  Fax: (347) 510-0099

---

January 27, 2021

**Via ECF**
The Hon. Gabriel W. Gorenstein
United State Magistrate Judge     **MEMORANDUM ENDORSEMENT**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jimenez v. ABC Food Center, Inc., d/b/a PapaSito et al
Case No. 20-cv-09336

Dear Judge Gorenstein:

I represent Plaintiff in the above referenced matter which alleges violation of the Fair Labor Standards Act and New York Labor Law. I write on behalf of all parties and request an adjournment of the settlement conference, which is currently scheduled for Friday, January 29, 2021 at 2:30 PM. The parties spoke with the Court's Deputy Clerk wish to confirm Tuesday, February 23, 2021 at 2:30 PM as an adjournment date.

The parties need to exchange additional discovery in this matter including payroll and scheduling records. We believe that an exchange of documents will make the settlement conference more fruitful as it will sharpen issues of fact and law. Accordingly, the parties respectfully request an adjournment. Thank you for your courtesy and cooperation.

Very truly yours,

/s/
Delmas A. Costin, Jr., Esq.

Cc: Joseph Altman, Esq. (Via ECF)   Conference adjourned to February 23, 2021 at 2:30 p.m. The parties are required to submit revised settlement letters by February 17, 2021.

So Ordered.

_/s/ Gabriel W. Gorenstein_
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**January 27, 2021**

Court-02